IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN SCHUR, Special Administrator** of the Estate of **PAMELA HOPPE,** Deceased,<br><br>             Plaintiff,<br><br>v.<br><br>**L.A. WEIGHT LOSS CENTERS, INC., LANG NATURALS, INC., RASI LABORATORIES, INC., NUTRAMED, INC., SHANI POOLE, and COURTNEY MORR,**<br><br>             Defendants. | Civil No. **05-353-WDS** |

### **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel. **(Doc. 54).**

The motion is directed to defendant L.A. Weight Loss Centers, Inc. Plaintiff seeks to compel responses to certain of her interrogatories and requests for production, and to tender certain employees for depositions. Defendant has not filed a response, and the time for doing so has now expired.

The Court deems the failure to respond to be an admission of the merits of the motion pursuant to SDIL-LR 7.1(g).

Upon consideration and for good cause shown, Motion to Compel **(Doc. 54)** is **GRANTED**. Defendant L.A. Weight Loss Centers, Inc., shall respond fully to plaintiff's interrogatories numbers 5, 6, 7, 9, and 14, and produce documents responsive to requests numbers 13, 14, 15, 16, and 18, on or before **August 23, 2006.** Defendant shall also tender the

employees requested by plaintiff for deposition at mutually agreeable dates and times.

**IT IS SO ORDERED.**

**DATE:  August 15, 2006**.


                        **s/ Clifford J. Proud**
                        **CLIFFORD J. PROUD**
                        **UNITED STATES MAGISTRATE JUDGE**