IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN SCHUR, Special Administrator of the Estate of PAMELA HOPPE, Deceased,** | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     Civil No. **05-353-WDS** |
| **L.A. WEIGHT LOSS CENTERS, INC., LANG NATURALS, INC., RASI LABORATORIES, INC., NUTRAMED, INC., SHANI POOLE, and COURTNEY MORR,** | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel and/or for Sanctions Pursuant to Rule 37. **(Doc. 126).**

The motion is directed to defendant L.A. Weight Loss Centers, Inc. This is the second motion to compel that plaintiff has filed directed to this defendant.

L.A. Weight Loss Centers, Inc., has not filed a response, and the time for doing so has now expired. The Court deems the failure to respond to be an admission of the merits of the motion pursuant to SDIL-LR 7.1(g).

Upon consideration and for good cause shown, plaintiff's Motion to Compel and/or for Sanctions Pursuant to Rule 37 **(Doc. 126)** is **GRANTED as follows**:

Defendant L.A. Weight Loss Centers, Inc., shall produce the requested witnesses for deposition, shall fully answer all of plaintiff's outstanding interrogatories, and shall produce all

requested documents by **March 21, 2007.**

**Failure to comply with this order shall subject defendant and its attorney to sanctions.  Such sanctions may include monetary sanctions and/or striking of defendants pleadings and/or entry of default against defendant.**

IT IS SO ORDERED.

DATE:  March 14, 2007.

s/ Clifford J. Proud  
CLIFFORD J. PROUD  
UNITED STATES MAGISTRATE JUDGE
