IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN SCHUR, Special Administrator** ) <br> **of the Estate of PAMELA HOPPE,** ) <br> **Deceased,** ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v.   ) <br>   ) <br> **L.A. WEIGHT LOSS CENTERS, INC.,** ) <br> **LANG NATURALS, INC.,** ) <br> **RASI LABORATORIES, INC.,** ) <br> **NUTRAMED, INC., SHANI POOLE,** ) <br> **and COURTNEY MORR,** ) <br>   ) <br>   Defendants. ) | Civil No. **05-353-WDS** |

## **ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the Motion to Withdraw **(Doc. 148)** is **GRANTED**.

James A. Gottschalk is granted leave to withdraw as counsel for defendants L.A. Weight Loss Centers, Inc., Shani Poole, and Courtney Morr.

James K. Fitzpatrick remains as counsel of record for L.A. Weight Loss Centers, Inc.

Pamela M. Triplett remains as counsel of record for L.A. Weight Loss Centers, Inc., Shani Poole, and Courtney Morr.

**IT IS SO ORDERED.**

**DATED: May 14, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**