IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN SCHUR, Special Administrator** ) <br> **of the Estate of PAMELA HOPPE,** ) <br> **Deceased,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **L.A. WEIGHT LOSS CENTERS, INC.,** ) <br> **LANG NATURALS, INC.,** ) <br> **RASI LABORATORIES, INC.,** ) <br> **NUTRAMED, INC., SHANI POOLE,** ) <br> **and COURTNEY MORR,** ) <br> ) <br> Defendants. ) | Civil No. **05-353-WDS** |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the Motion to Withdraw **(Doc. 146)** is

**GRANTED**.

Paul E. Wojcicki is granted leave to withdraw as counsel for NutraMed, Inc.

Christina Schmucker and Jeffrey Singer remain as counsel of record for said defendant.

**IT IS SO ORDERED.**

**DATED: May 14, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**